**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| RACHELLE WOODS and TERRANCE MUHAMMAD, on behalf of themselves and all other similarly situated individuals, | CASE NO. 2:23-cv-713 |
| Plaintiffs, | Magistrate Judge Kimberly A. Jolson |
| v. | **ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND TO DISMISS ACTION WITH PREJUDICE** |
| BEST OF FRIENDS HOME CARE SERVICES LLP, | |
| Defendants. | |

This matter came before the Court upon the Parties' Joint Motion to Approve Settlement Agreement. The Court having reviewed the Joint Motion and being fully advised in the premises, hereby **ORDERS** as follows:

1. The Court finds that the settlement agreement is a fair and reasonable resolution of a bona fide dispute over the wage claims raised in this case.

2. The Court finds that the award of attorneys' fees and costs in the settlement agreement is reasonable.

3. The Court approves the settlement of this case.

4. This case is DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs, except all court costs shall be borne by Defendant as agreed between the parties in the settlement agreement.

IT IS SO ORDERED.

Date: February 6, 2024

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE